| PVCA, INC., AND RENOLA EQUITY FUND II, LLC | * | NO. 2020-CA-0327 |
|---|---|---|
| | * | COURT OF APPEAL |
| VERSUS | | |
| | * | FOURTH CIRCUIT |
| PACIFIC WEST TD FUND LP, AND LOUISIANA CITIZENS PROPERTY INSURANCE | * | STATE OF LOUISIANA |
| COMPANY FAIR PLAN AND MAF, INC. DBA | * | |
| WORLDCLAIM GLOBAL CLIAMS MANAGEMENT | * | |
| | * * * * * * * | |

*SCJ*

**JENKINS, J., CONCURS IN THE RESULT**